# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-51175
Summary Calendar

CLARICE STEWART

Plaintiff - Appellant

v.

MICHAEL J ASTRUE, Commissioner of Social Security

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
1:06-CV-733

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Commissioner of Social Security denied Clarice Stewart's claim for disability insurance and supplemental security income benefits. A United States Magistrate Judge submitted a lengthy report summarizing the record and responding to the legal issues raised, with a recommendation that the district court affirm the decision of the Commissioner. The district court accepted the recommendation and affirmed.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

On appeal, Stewart alleges that the proper legal standard was not applied and there is not substantial evidence to support the denial of benefits. We find no merit to these appellate arguments. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Commissioner's decision is supported by substantial evidence and comports with relevant legal standards.

We AFFIRM.